IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CR-203-KDB-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| MATIAS ALEXANDER VINCES AGUAYO, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion To Travel Out Of District" (Document No. 15) filed December 11, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion without prejudice.

By the instant motion, Defendant "requests permission to leave his home district on January 11, 2025, and return on January 16, 2025." (Document No. 15). The motion indicates Defendant plans to "travel from the Southern District of West Virginia on the eleventh, with a stop in the Western District of North Carolina for lunch with family and then continue on to the Northern District of Florida." Id. Defendant plans to "stay in Jacksonville, Florida, the night of the eleventh. On the twelfth he will continue to the Middle District of Florida (Orlando) where he will remain until returning to the Southern District of West Virginia on the sixteenth." Id.

The undersigned first observes that this matter is currently scheduled for trial before the Honorable Kenneth D. Bell on January 6, 2025. (Document No. 8). Defendant's "Unopposed Motion To Continue Trial Date" (Document No. 16) remains pending.

Additionally, the undersigned observes that Defendant has been charged with "Driving While License Revoked" nine (9) times since 2021. (Document No. 11, pp. 4–6). The Court is thus curious what mode of transportation Defendant plans to use for his requested travel, as he currently does not appear to possess a valid driver's license.

For the foregoing reasons, the undersigned will respectfully deny Defendant's "…Motion To Travel…" without prejudice.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion To Travel Out Of District" (Document No. 15) is **DENIED without prejudice**.

**SO ORDERED**.

Signed: December 11, 2024

David C. Keesler
United States Magistrate Judge